**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

DEANNA FOSTER,

    Petitioner,

v.                                          Case No:  8:05-MC-55-T-30TBM

MICHAEL MONE,

    Respondent.
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas B. McCoun (Dkt. #8). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

    1.    The Report and Recommendation (Dkt. #8) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all

purposes, including appellate review.

2. Petitioner's Motion for Order of Contempt (Dkt. #6) is **GRANTED**. Respondent is hereby held in **CONTEMPT OF COURT**.

3. Within five (5) days of the entry of this Order, Petitioner is directed to appoint a process server to serve a copy of this Order and the Report and Recommendation upon Mr. Mone, such service shall be consistent with the requirements of Rule 4(e) of the *Federal Rules of Civil Procedure*. Petitioner is further directed to file a Notice of Proof of Service of the same with this Court on or before December 22, 2008.

4. On or before December 31, 2008, Mr. Mone is directed to appear for deposition with the requested documents at the court reporter's office listed in the Report and Recommendation. Upon receipt of this Order, Mr. Mone is directed to immediately contact Petitioner's legal counsel, Thomas Sciarrino, Jr., at telephone number (813) 229-0900, Ext. #1369, in order to schedule a deposition time.

5. If Mr. Mone fails to appear for deposition or otherwise fails to satisfy Petitioner's document production requests on or before December 31, 2008, then Petitioner is directed to file a Notice of Respondent's Failure to Respond to Contempt Order with this Court on or before January 5, 2009.

6. If Mr. Mone fails to purge himself of this Court's contempt by appearing for deposition or otherwise satisfy Petitioner's document production requests

within the provided time period, then this Court will issue an arrest warrant directing the arrest of Michael Mone by the United States Marshal and will impose a ten (10) day jail sentence.

7. Petitioner is awarded $175.00 in fees and costs in connection with the Respondent's failure to appear at the deposition on April 27, 2007.

**DONE** and **ORDERED** in Tampa, Florida on December 3, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
U. S. Marshal
Counsel/Parties of Record

S:\Odd\2005\05-mc-55.adopt 8.wpd