# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**DEANNA FOSTER,**

     **Plaintiff,**

**v.**                                **Case No.  8:05-mc-55-T-30TBM**

**RICHARD SWARBRICK, MICHAEL
MONE, EUGENE LYNCH and CENTRAL
JERSEY BANK AND TRUST COMPANY,**

     **Defendants.**

_____/

## ORDER

Before the Court is Defendant Michael Mone's Response to this Court's Order (Dkt. #9) and Plaintiff's Certificate of Compliance (Dkt. #10).  Pursuant to the Certificate of Compliance filed by Plaintiff, Defendant Michael Mone has fully complied with this Court's Order entered on December 3, 2008 (Dkt. #9).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.     Any pending motions are denied as moot.

2.     The Clerk is directed to **CLOSE** this matter.

**DONE** and **ORDERED** in Tampa, Florida on January 6, 2009.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

S:\Odd\2005\05-mc-55.Order of Dismissal.frm